UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BONNIE C. BRENNAN, :
:
                Plaintiff, :
: 19-CV-7756 (VSB)
     -against- :
: **ORDER**
:
THE LEGAL AID SOCIETY, :
:
                Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On December 5, 2019, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (*See* Docs. 16, 17.) Accordingly, it is hereby:

       ORDERED that Defendant's motion to dismiss, (Doc. 11), is DENIED as moot without prejudice to refile in accordance with Federal Rule of Civil Procedure 15(a)(3).

SO ORDERED.

Dated: December 6, 2019
       New York, New York

_____
Vernon S. Broderick
United States District Judge