**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BONNIE C. BRENNAN,

                       Plaintiff,

    -against-                                       19 **CIVIL** 7756 (VSB)

                                                       **JUDGMENT**

LEGAL AID SOCIETY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 23, 2020, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

        November 23, 2020

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                       **Clerk of Court**
                           **BY:**
                                                       _____
                                                           **Deputy Clerk**